■ In the Matter of ICEIES B., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHACOYA L., Appellant. [49 NYS3d 339]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered December 23, 2014 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent had neglected the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Lindley, NeMoyer, Curran and Troutman, JJ.